```
ALYSSA A. QUALLS (IL Bar No. 6292124)
    quallsa@sec.gov
MICHAEL FOSTER (IL Bar No. 6257063)
    fostermi@sec.gov
BRIAN D. FAGEL (IL Bar No. 6224886)
    fagelb@sec.gov
PETER SENECHALLE (IL Bar No. 6300822)
    senechallep@sec.gov
Attorneys for Plaintiff
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. DOBKIN, CYNTHIA BRAUN, MICHAEL FIORILLO, and JEFFREY S. GREGERSEN,<br><br>Defendants. | Case No. 5:21-cv-09285-EJD<br><br>**SATISFACTION OF THE MONETARY PROVISIONS ONLY OF THE JUDGMENT AGAINST DEFENDANT MICHAEL FIORILLO** |

Plaintiff, United States Securities and Exchange Commission, hereby acknowledges that Defendant Michael Fiorillo paid $13,780.02 on or around July 5, 2023. This payment satisfied the monetary provisions only of the Final Judgment entered by this Court on April 6, 2023. (*See* ECF No. 57). All other provisions of and relief granted by the Final Judgment remain in effect.

This satisfaction does not affect any other orders entered against any other defendant in the above-captioned matter.

1  Dated: August 8, 2023                    Respectfully submitted,

    /s/ Peter Senechalle
   Peter Senechalle
   Alyssa A. Qualls

   *Attorneys for Plaintiff*
   *United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I, Peter Senechalle, hereby certify that on August 8, 2023, I electronically filed the foregoing Notice of Satisfaction of Monetary Provisions Only of the Judgment Against Michael Fiorillo using the Northern District of California's CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Peter Senechalle
Peter Senechalle